**Attestation / Endorsement**

Complete and sign the following release statement. By electronic signature, the signatory is attesting that they understand the following requirements of consumable hemp registrants, and will not engage in the following prohibited activities pursuant to 481 Iowa Administrative Code 32, and that engaging in prohibited activities is grounds for embargo or suspension of the registration:

**Requirements of Consumable Hemp Registrants**

The undersigned attests acknowledgment of the following requirements:

- Submission and maintenance of a complete list of all consumable hemp products the consumable hemp retailer intends to sell, along with documentation of the jurisdiction of origin for each consumable hemp product (*See* 481 IAC 32.2)
- A consumable hemp registration is not transferable to a new owner or new physical location... I will notify the Bureau of Cannabis Regulation with any changes in ownership or physical location to my registration (*See* 481 IAC 32.2(6))

**Consumable Hemp Registrant Prohibitions**

The undersigned attests that they will do not engage in any of the following prohibited activities:

- **Product-Specific Prohibitions**
  - Manufacture or sell consumable hemp products with a total THC (accounting for all derivatives and isomers of THC) greater than 0.3% (*See* 481 IAC 32.3);
  - Manufacture or sell consumable hemp products intended for inhalation, including all forms of vaporization or combustion, including but not limited to: forms of vaporization (disposable, pod-based, cartridge-based, etc.), and forms of hemp flower or cigarettes intended for combustion (*See* Iowa Code 204.14A);
  - Sell consumable hemp products manufactured in countries other than the United States of America; or
  - Sell any consumable hemp product not currently registered with Bureau of Cannabis Regulation (*See* 481 IAC 32.6(2)(d))
- **Marketing and Advertising Prohibitions**
  - Market a consumable hemp product as intended to cure, treat, mitigate, prevent disease or affect the structure or function of the human body (*See* 481 IAC 32.6(3))
- **Premises Prohibitions**
  - Manufacture or sell consumable hemp on the premises of a temporary location, including a food stand, roadside stand, temporary booth, or any other temporary structure, including: door-to-door, vending machines, or private parties. Farmer's markets have specific exemption requirements. (*See* 481 IAC 32.6(1),(2)); or
  - Manufacture or sell consumable hemp on the premises of a private residence, except a portion of a private residence that is distinctly separate from any living space (*See* 481 IAC 32.6(1))
- **Applicability with other Laws**
  - Introduce consumable hemp into any of the following:
  - Meat or Poultry product for which the individual or entity is subject to Iowa Code chapter 189A (*See* 481 IAC 32.5(3));
  - Dairy product for which the individual or entity is subject to Iowa Code chapters 190 to 192 (*See* 481 IAC 32.5(4)); or
  - Alcoholic Beverage product for which the individual or entity is subject to Iowa Code chapter 123 (*See* 481 IAC 32.5(2)).

By signing below, I certify under penalty of perjury that the information on this registration is complete, true, and submitted for the purpose of obtaining a State of Iowa Consumable Hemp Registration. I understand that providing false or misleading information may result in the denial, cancellation, or suspension of my Consumable Hemp Registration and that the law provides severe penalties (fine and/or imprisonment) for the willful submission of known false information.

I hereby declare that the information provided on this registration to be true and accurate and agree to the terms and conditions outlined above.

*Name

> Juhi Mehta

*Attestation Date

> Jun 27, 2024

[Continue to Payment]