**Attestation / Endorsement**

Complete and sign the following release statement. By electronic signature, the signatory is attesting that they understand the following requirements of consumable hemp registrants, and will not engage in the following prohibited activities pursuant to 641 Iowa Administrative Code 156, and that engaging in prohibited activities is grounds for embargo or suspension of the registration:

**Requirements of Consumable Hemp Registrants**

The undersigned attests acknowledgment of the following requirements:
- Submission and maintenance of a complete list of all consumable hemp products the consumable hemp retailer intends to sell, along with documentation of the jurisdiction of origin for each consumable hemp product (*See* 641 IAC 156.2)
- A consumable hemp registration is not transferable to a new owner or new physical location. The Bureau of Cannabis Regulation will be notified by the registrant with any changes in ownership or physical location to my registration (*See* 641 IAC 156.2(6))
- It is prohibited to sell, give, or otherwise distribute consumable hemp products to individuals under the age of 21 (*See Iowa Code 204.14D*)

**Consumable Hemp Registrant Prohibitions**

The undersigned attests that they will do not engage in any of the following prohibited activities:
- Product-Specific Prohibitions
  - Manufacture distribute, or sell consumable hemp products with a total THC (accounting for all derivatives and isomers of THC) greater than 0.3% (*See* 641 IAC 156.3);
  - Manufacture, distribute, or sell consumable hemp products with a total THC (accounting for all derivatives and isomers of THC) that exceeds four milligrams per serving and ten milligrams per container on a dry weight basis (*See Iowa Code 204.2*);
  - Manufacture, distribute, or sell consumable hemp products containing synthetic or semi-synthetic cannabinoids (*See* 641 IAC 156.1);
  - Manufacture or sell consumable hemp products intended or advertised for inhalation, including all forms of vaporization or combustion, including but not limited to: forms of vaporization (disposable, pod-based, cartridge-based, etc.), and forms of hemp flower or cigarettes intended for combustion (*See Iowa Code 204.14A*);
  - Sell consumable hemp products manufactured in countries other than the United States of America; or
  - Sell any consumable hemp product not currently registered with Bureau of Cannabis Regulation (*See* 641 IAC 156.6(2)(d))
- Marketing and Advertising Prohibitions
  - Market a consumable hemp product as intended to cure, treat, mitigate, prevent disease or affect the structure or function of the human body (*See* 641 IAC 156.6(3))
- Premises Prohibitions
  - Manufacture or sell consumable hemp on the premises of a temporary location, including a food stand, roadside stand, temporary booth, or any other temporary structure, including: door-to-door, vending machines, or private parties. Farmer's markets have specific exemption requirements. (*See* 641 IAC 156.6(1),(2)); or
  - Manufacture or sell consumable hemp on the premises of a private residence, except a portion of a private residence that is distinctly separate from any living space (*See* 641 IAC 156.6(1))
- Applicability with other Laws
  - Introduce consumable hemp into any of the following:
  - Meat or Poultry product for which the individual or entity is subject to Iowa Code chapter 189A (*See* 641 IAC 156.5(3));
  - Dairy product for which the individual or entity is subject to Iowa Code chapters 190 to 192 (*See* 641 IAC 156.5(4)); or
  - Alcoholic Beverage product for which the individual or entity is subject to Iowa Code chapter 123 (*See* 641 IAC 156.5(2)).

Products will be reviewed by the Department using the laws and regulations currently in effect on the date that the products are reviewed. It is the responsibility of the registrant to keep informed of any changes to the laws and regulations of the consumable hemp program and to adjust product lists accordingly.

By signing below, I certify under penalty of perjury that the information on this registration is complete, true, and submitted for the purpose of obtaining a State of Iowa Consumable Hemp Registration. I understand that providing false or misleading information may result in the denial, cancellation, or suspension of my Consumable Hemp Registration and that the law provides severe penalties (fine and/or imprisonment) for the willful submission of known false information.

I hereby declare that the information provided on this registration to be true and accurate and agree to the terms and conditions outlined above.

\* Name

[                                                                                                  ]

\* Attestation Date

[                                                                                              🗓 ]