**STATE OF IOWA DEPARTMENT OF**

# Health AND Human

**SERVICES**

## Consumable Hemp
## Product List Upload Guide

Bureau of Cannabis Regulation
Compliance Division
Phone: 1-877-214-9313
Email: consumable.hemp@idph.iowa.gov

0

**IOWA**
# HHS

# Consumable Hemp Product List Upload Guide

## INTRODUCTION

This guide is designed to help consumable hemp registrants submit, maintain, and edit their product lists pursuant to 641 IAC 156. Registrants are required to submit a product list upon the registration of a facility, at renewal of a facility, maintain an accurate product list throughout the period of registration, as well as make any changes in response to a "Pending" notice if a product list is not approved.

## TABLE OF CONTENTS

- PAGE 2 - REQUIRED CONSUMABLE HEMP PRODUCT LIST INFORMATION
- PAGE 5 - MANUAL (ONE-BY-ONE) PRODUCT LIST ENTRY
- PAGE 11 - PRODUCT LIST UPLOAD WITH A CSV FILE AND "HOW-TO"
- PAGE 13 - PRODUCT LIST UPLOAD TROUBLESHOOTING, ERROR MESSAGES, AND HOW TO CORRECT
- PAGE 21 - PROHIBITED PRODUCTS

Rev. 12/23



## Required consumable Hemp Product list Information (Manual entry or csv file)

1. **"Active"**

   Upon submission of a registrant's <u>first</u> registration with HHS, all submitted products will be those intended for sale by the Registrant, and "Active" by default. This can be edited at any time throughout the registration period. A value of "**Yes**" indicates the product is still being manufactured or sold by the registrant. A value of "**NO**" indicates the product is no longer being manufactured or sold by the registrant.

2. **"Brand Name"**

   Pursuant to 641—156.1, this field must indicate the Brand name of the product provided by the Manufacturer. Non-cannabis examples include "Toyota", "Ford," "Coca-Cola," etc. Real world examples of Consumable Hemp Brand Names may include "Charlotte's Web," "Lumi Labs," "CV Sciences," etc.

3. **"SKU"**

   To avoid duplicate products upon updates, registrants must provide an identifier unique to the product (SKU), as provided on the label by the manufacturer. The generally conserved format for SKU is below:



   When submitting SKU information for a product, refer to an individual product container, or request this information from the Manufacturer.

4. **"Product Name"**

   This free-text entry represents the specific Product Name as provided by the manufacturer. In the Brand Name examples of "Toyota", "Ford," "Coca-Cola," corresponding Product Names may be "Camry," "F-150," and "Coke Zero," respectively.

   In the Brand Name examples of "Charlotte's Web," "Lumi Labs," "CV Sciences," corresponding Product Names may be:

Rev. 12/23

**IOWA**
**HHS**

- 25MG CBD Oil Capsules
- D9 THC Strain Specific Gummies
- CBD Infused Roller

Please capitalize each individual word of the Brand Name as provided in the examples and by the Manufacturer, as well as any punctuation.

5. **"Product Form"**

From the predetermined options, a Registrant must enter the most appropriate "Product Form" definition for the product:

1. **Edible**
   - A product that contains food, or what a reasonable person would determine as having food ingredients
   - Examples include, but are not limited to: gummies, chocolate, drinkable beverages, syrups, etc.

2. **Oral**
   - These are products that may be ingested orally, but may not be considered edibles or include specific food ingredients
   - Examples include, but are not limited to: unflavored tinctures, unflavored capsules or tablets, unflavored water-soluble mixes, etc.

3. **Topical**
   - This is a product intended to be applied to the skin.
   - Examples include, but are limited to: Lotions, creams, ointment, salves, rollers, etc.

4. **Other**
   - If a product does not clearly fit into one of the above categories, please select "Other" and complete the rest of the required columns for this product.

6. **"Total Cannabinoids per Serving"**

Pursuant to 641—156.1, if cannabinoids are contained within, or marketed for the product by the Manufacturer the number of cannabinoids per serving must be provided in milligrams (mg). This number should represent the aggregate amount of all cannabinoids (Delta-8, Delta-9, and Delta-10, THC-O, THCa, CBD, CBDa, etc.) per serving as provided by the manufacturer. Please refer to the product container for this information, or contact the manufacturer.

Rev. 12/23

**IOWA**
# HHS

Examples of Total Cannabinoids per Serving may be "5," "10," "20," etc. Entering anything other than a whole number into this field will return an error message when submitting your list.

7. **"Total Cannabinoids per Container"**

Pursuant to 641—156.1, a registrant must submit documentation indicating the aggregate amount of all cannabinoids (Delta-8, Delta-9, and Delta-10, THC-O, THCa, CBD, CBDa, etc.) per container as provided by the manufacturer. Please refer to the product container for this information, or contact the manufacturer.

Examples of Total Cannabinoids per Container may be "50," "100," "300," etc. Entering anything other than a whole number into this field will return an error message when submitting your list. Registrants should round to the nearest whole number when indicating this value.

8. **"City Manufactured"**

The City of the jurisdiction of origin pursuant to 641 IAC 156.3(1)(a). This is a free-text field, and required whether the registrant is a manufacturer or a retailer by 641 IAC 156.2. Please refer to the Manufacturer website for this information, or contact the manufacturer.

9. **"State Manufactured"**

The State of the jurisdiction of origin pursuant to 641 IAC 156.3(1)(a). This is required whether the registrant is a manufacturer or a retailer by 651 IAC 156.2. Please refer to the Manufacturer website for this information, or contact the manufacturer. The values in this column must be a two-letter, state abbreviation

10. **"Manufacturer Website" (Link)**

Pursuant to 641 IAC 156.4(1)(d), a registrant must provide a URL, or website link, that provides the contact information for the Manufacturer, including: Name, Telephone number, and Email address. The link must include "http://" or "https://" in order to be submitted. This may be the website of the registrant, if the registrant is a manufacturer.

11. **"COA" (Link)**

Pursuant to 641 IAC 156.4(1)(f), a Registrant must provide a link to the individual product's Certificate of Analysis (COA) from the product's manufacturer. This COA shall include:
- Information indicating the presence and concentration of cannabinoids, including delta-9 tetrahydrocannabinol, tetrahydrocannabinolic acid, cannabidiol, and any other cannabinoids for which the product is being marketed

Rev. 12/23

IOWA
HHS

- Information indicating the total delta-9 tetrahydrocannabinol concentration <u>does not exceed 0.3%</u> (inclusive of any isomers, derivatives, and analogs, whether naturally occurring or synthesized) on a dry weight basis as calculated pursuant to an official test, as provided by Iowa Code Section 204.8.
- Information indicating the consumable hemp product is from a batch that has been tested for pesticides, residual solvents, metals, harmful pathogens, and toxicants and does not exceed limits pursuant to 641 IAC 156.3(2).

Please review the detailed requirements for COAs in Administrative Rule (Iowa Administrative Code 641, Chapter 156) prior to submitting your product list, or contact the Manufacturer for additional information. It is the responsibility of the registrant to ensure each product has a corresponding, compliant COA.

If the Manufacture of the Consumable Hemp did not provide a COA, the Registrant must request it from the Manufacturer.

## MANUAL (ONE-BY-ONE) PRODUCT LIST ENTRY "HOW-TO"

After logging in to the Consumable Hemp Registration portal, you can either create or renew an existing registration to build your product list or, update an existing product list. For new facilities or to renew an existing registration click the option indicated below.

Rev. 12/23



A facility's product list can be entered during the initial registration of a facility, during the renewal period, or anytime during the duration of the registration period to maintain a current product list.

- For the initial registration or renewal of a facility, complete the Registration Type, Ownership/Business Entity, and Facility information. At the Product List Upload section, select "Manually Enter Products" and click "Manual Entry"



6

- Select "Add New Product" to bring up the manual entry table



- Enter all required information; Brand Name, Product Name, SKU (must be unique), select a product form from the drop down menu, enter cannabinoids per serving, cannabinoids per container, City and State where the product is manufactured, and links to the manufacturer and the certificate of analysis. When all required information is entered, click "Add this Product"



- The information entered in the table is now a part of the product list. To add additional products, select "Add New Product" again to bring up the table. When the product list is completed, click "Submit Product List".

Rev. 12/23





- Following the manual product list creation and submission process, you'll be presented with the completed product list. Click "Save Products"



After saving the product list, you will be presented with the following message;

"Your products have been successfully added. You should receive a confirmation email shortly."

Rev. 12/23

IOWA
HHS

The product list will be reviewed. If approved, an approval message will be sent. If any product is not approved, a notice will be sent with the specific reason and instructions on how to proceed.

To update an existing product list, click the option below on the home page



Select your facility and click "Next". Registrants with more than one facility will have all their registrations displayed.



Select "View and Update Product List" and click "Next"

Rev. 12/23

**IOWA HHS**



Your existing product list will be displayed. To edit your product list, click "Update Product List"

CH Portal - Manage Products/Update Food License

| Active | Brand Name | SKU | Product ... | Product ... | C... | C... | City Ma... | State M... | Manufa... | COA |
|--------|-----------|---------|-------------|-------------|------|------|-----------|-----------|-----------|-----|
| Yes | CBD Inc | 84024770... | CBD Tincture | Oral | 5 | 50 | Des Moines | IA | https://www.... | https://www.... |
| Yes | CBD Inc | 84028770... | CBD Salve | Topical | 50 | 50 | Des Moines | IA | https://www.... | https://www.... |
| Yes | CBD Inc | 81027103... | Full Spectrum ... | Edible | 10 | 100 | Des Moines | IA | https://www.... | https://www.... |

[Update Product List]  [Save Products]

Select "Manually Enter Products" and click "Manual Entry"

CH Portal - Manage Products/Update Food License

* How would you like to update your list?
 ● Manually Enter Products
 ○ Upload a CSV File of Products

Manually enter/edit your products. Use this function if you want to make quick edits to your product list or if you have a few new products to add.

[Manual Entry →]

The table allows you to add new products or make changes to existing products.

 Add new product



After adding new products or modifying existing products, click "Save Products"

Rev. 12/23



CH Portal - Manage Products/Update Food License

| Active ⌄ | Brand Name ⌄ | SKU ⌄ | Product ... ⌄ | Product ... ⌄ | C... ⌄ | C... ⌄ | City Ma... ⌄ | State M... ⌄ | Manufa... ⌄ | COA ⌄ |
|---|---|---|---|---|---|---|---|---|---|---|
| No | CBD Inc | 84024770... | CBD Tincture | Oral | 5 | 50 | Des Moines | IA | https://www... | https://www... |
| Yes | CBD Inc | 84028770... | CBD Salve | Topical | 50 | 50 | Des Moines | IA | https://www... | https://www... |
| Yes | CBD Inc | 81027103... | Full Spectrum ... | Edible | 10 | 100 | Des Moines | IA | https://www... | https://www... |

Update Product List    **Save Products**

After saving the product list, you will be presented with the following message;

*"Your products have been successfully added. You should receive a confirmation email shortly."*

The product list will be reviewed. If approved, an approval message will be sent. If any product is not approved, a notice will be sent with the specific reason and instructions on how to proceed.

## PRODUCT LIST UPLOAD WITH A .CSV FILE

The .CSV file allows registrants to create their product list at one time and upload it to the portal. The template required for uploading your product list is a pre-formatted .CSV file provided by HHS. This can be found on the "Product Upload" page of the Registration Process. Select "Upload a CSV File of Products" and click on Product List Template to download the file.



Register Your Consumable Hemp Establishment

✓ Registration Type
✓ Ownership/Business Entity
✓ Facility
○ Product List Upload
○ Review
○ Attestation
○ Payment

Product List Upload

Prior to Approval, consumable hemp registrants must submit a complete list of consumable hemp products the retailer or manufactu origin and product certificates of analyses.

Please refer to the **Consumable Hemp Product List Guide** for specific information required on the product list. Please also refer to th

*How would you like to update your list?
○ Manually Enter Products
● Upload a CSV File of Products

**Product List Template**

Download the standardized (CSV) file above and fill it out completely for each product to be sold at this consumable hemp establishm

*Upload Consumable Hemp Product List ⓘ

⬆ Upload Files    Or drop files

| |

**IOWA**
**HHS**

The blank file will display with preformatted column headers. <u>Do not modify or edit the first row</u>

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Active | Brand_Na | SKU | Product_N | Product_F | Cannabino | Cannabino | City_Manu | State_Mar | Manufactu | COA |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

Each cell for a given product must be populated in accordance with this document.
- Specific error messages that you may receive are provided in this document to give you guidance on corrections.

After you have completed your product list, <u>you must "save as" as a ".csv."</u>
- If you save it as an alternative file (.xls, etc.), the system will return an error message. Values that are inconsistent with this guide may also return error messages.

## PRODUCT LIST COLUMN DESCRIPTIONS AND "HOW-TO"

1. <u>**"Active"**</u>

Upon submission of a registrant's <u>first</u> registration with HHS, all submitted products will be those intended for sale by the Registrant, and "Active" by default.

At renewal, or if a registrant needs to amend or update their product list during their registration's current effective period, you will have the ability to view and download the product list on-file for the registration. Please use the information below when updating your product list:
- Is the product currently being manufactured or sold by the registrant?
  - Enter a value of "**Yes**" if the product is still being manufactured or sold by the registrant.
- Upon updates, enter a value of "**No**" if the product is no longer being manufactured or sold by the Registrant.
  - By entering a value of "**No**" for any product, after submission of your product list, those "inactive" products will be archived, and no longer present in your "active" list view.

Rev. 12/23

**IOWA**
**HHS**

**Example:**

| A | B | C | D |
|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name |
| Yes | Hemp Company | 1234-5678 | Full Spectrum CBD Gummy |

- Product indicated "Yes" as "Active." Product will be added or maintained within the Registrant's product list.

| A | B | C | D |
|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name |
| No | Hemp Company | 1234-5678 | Full Spectrum CBD Gummy |

- Product indicated "No" as "Active." Product will be removed from Registrant's product list upon upload and submission.

| A | B | C | D |
|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name |
| | Hemp Company | 1234-5678 | Full Spectrum CBD Gummy |

- Not indicating "Yes" or "No" value will return an error message, indicating your need for correction.

2. **"Brand Name"**

This is a free text field. Please capitalize each individual word of the Brand Name as provided in the examples and by the manufacturer, as well as any punctuation.

**Example:**



| A | B | C | D |
|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name |
| Yes | Hemp Company | 1234-5678 | Full Spectrum CBD Gummy |

- Each word is capitalized. If submitting multiple products from the same "Brand Name," it is recommended to copy and paste to ensure accuracy.

| A | B | C | D |
|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name |
| Yes | | 1234-5678 | Full Spectrum CBD Gummy |

Rev. 12/23

**IOWA**
**HHS**

- A blank cell in this column will return a "missing value" error message, indicating your need for correction.

3. **"SKU"**

   To avoid duplicate products upon updates, registrants must provide an identifier unique to the product (SKU), as provided on the label by the manufacturer. The generally conserved format for SKU is below:



   When submitting SKU information for a product, refer to an individual product container, or request this information from the Manufacturer.

**Example:**



| | A | B | C | D |
|---|---|---|---|---|
| | Active | Brand_Name | SKU | Product_Name |
| | Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy |

- The SKU, or similar information specific to the product, can be found on the product container. If no SKU or unique identifier is provided, please contact the manufacturer.

| A | B | C | D | E |
|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form |
| Yes | Hemp Company | | Full Spectrum CBD Gummy | edible |

- A blank cell in this column will return a "missing value" error message, indicating your need for correction. .

| A | B | C | D | E |
|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible |
| Yes | Hemp Company | 2231027 | Full Spectrum D8 Gummy | edible |

Rev. 12/23

- Providing the same SKU or unique identifier in multiple column rows will return a "duplicate" error message, indicating your need for correction.

4. **"Product Name"**

Please capitalize each individual word of the Brand Name as provided in the examples and by the Manufacturer, as well as any punctuation.

**Example:**



| | A | B | C | D | E |
|---|---|---|---|---|---|
| | Active | Brand_Name | SKU | Product_Name | Product_Form |
| | Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible |
| | Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible |
| | Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral |
| | Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gummies | edible |
| | Yes | Hemp Company | 2231031 | Soft Gel Capsules | oral |
| | Yes | Hemp Company | 2231032 | CBD Infused Roller | topical |

- Each word is capitalized. Please refer to the product label or manufacturer for the most effective  product name.



| | A | B | C | D | E |
|---|---|---|---|---|---|
| | Active | Brand_Name | SKU | Product_Name | Product_Form |
| | Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible |
| | Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible |
| | Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral |
| | Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gummies | edible |
| | Yes | Hemp Company | 2231031 | | oral |
| | Yes | Hemp Company | 2231032 | CBD Infused Roller | topical |

- A blank cell in this column will return a "missing value" error message, indicating your need for correction.

5. **"Product Form"**

From the predetermined options below, a Registrant must enter the most appropriate "Product Form" definition for this product: **Edible, Oral, Topical, or Other**

Rev. 12/23

IOWA
HHS

**Example:**

| A | B | C | D | E |
|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible |
| Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible |
| Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral |
| Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gummies | edible |
| Yes | Hemp Company | 2231031 | Soft Gel Capsules | oral |
| Yes | Hemp Company | 2231032 | CBD Infused Roller | topical |

- Each product row has a properly corresponding Product Form.

| A | B | C | D | E |
|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible |
| Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | gummy |
| Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral |
| Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gummies | edible |
| Yes | Hemp Company | 2231031 | Soft Gel Capsules | pill |
| Yes | Hemp Company | 2231032 | CBD Infused Roller | roller |

- Entering any values other than the four, pre-determined Product Forms will return an error message, indicating your need for correction.

6. **"Total Cannabinoids per Serving"**

Examples of Total Cannabinoids per Serving may be "5," "10," "20,"  etc. Entering anything other than a whole number into this column will return an error message when submitting your list.

**Example:**



| A | B | C | D | E | F |
|---|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form | Cannabinoids_per |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible | 5 |
| Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible | 10 |
| Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral | 6 |
| Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gum | edible | 15 |
| Yes | Hemp Company | 2231031 | Soft Gel Capsules | oral | 5 |
| Yes | Hemp Company | 2231032 | CBD Infused Roller | other | 3 |

- Each value for "Cannabinoids per Serving "size is represented as a "whole number."

Rev. 12/23

**IOWA**
**HHS**

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form | Cannabinoids_per |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible | 5.6 |
| Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible | 10 |
| Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral | 6 |
| Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gum | edible | 15.3 |
| Yes | Hemp Company | 2231031 | Soft Gel Capsules | oral | 5 |
| Yes | Hemp Company | 2231032 | CBD Infused Roller | other | 3.2 |

- Entering a value with a decimal, or anything other than a whole number, will return an error message, indicating your need for correction.

7. **"Total Cannabinoids per Container"**

Examples of Total Cannabinoids per Container may be "50," "100," "300," etc. Entering anything other than a whole number into this column will return an error message when submitting your list. Registrants should round to the nearest whole number when indicating this value.

**Example:**



| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form | Cannabinoids_per | Cannabinoids per Container |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible | 5 | 100 |
| Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible | 10 | 300 |
| Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | edible | 6 | 300 |
| Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gum | edible | 15 | 450 |
| Yes | Hemp Company | 2231031 | Soft Gel Capsules | oral | 5 | 425 |
| Yes | Hemp Company | 2231032 | CBD Infused Roller | other | 3 | 110 |

- Each value for "Cannabinoids per Serving "size is represented as a "whole number."

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form | Cannabinoids_per | Cannabinoids per Container |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible | 5 | 100.5 |
| Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible | 10 | 300 |
| Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral | 6 | 300.7 |
| Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gum | edible | 15 | 450 |
| Yes | Hemp Company | 2231031 | Soft Gel Capsules | oral | 5 | 425.4 |
| Yes | Hemp Company | 2231032 | CBD Infused Roller | other | 3 | 110 |

- Entering a value with a decimal, or anything other than a whole number, will return an error message, indicating your need for correction.

Rev. 12/23

IOWA
HHS

8. **"City Manufactured"**

The City of the jurisdiction of origin pursuant to 641 IAC 156.3(1)(a). This is a free-text field, and required whether the registrant is a manufacturer or a retailer by 641 IAC 156.2. Please refer to the Manufacturer website for this information, or contact the manufacturer.

**Example:**



| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| Brand_Name | SKU | Product_Name | Product_Form | Cannabinoids_per | Cannabinoids per Container | City_Manufactured | State_Manufactured |
| Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible | 5 | 100 | Boulder | CO |
| Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible | 10 | 300 | Bend | OR |
| Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral | 6 | 300 | Oakland | CA |
| Hemp Company | 2231030 | D9 THC Strain Specific Gum | edible | 15 | 450 | Louisville | KY |
| Hemp Company | 2231031 | Soft Gel Capsules | oral | 5 | 425 | Fort Collins | CO |
| Hemp Company | 2231032 | CBD Infused Roller | other | 3 | 110 | Denver | CO |

- Each word is capitalized. Please refer to the product label or manufacturer for the most effective product name.



| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form | Cannabinoids_per | Cannabinoids per Container | City_Manufactured | State_Manufactured |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible | 5 | 100 | Boulder | CO |
| Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible | 10 | 300 | | OR |
| Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral | 6 | 300 | Oakland | CA |
| Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gum | edible | 15 | 450 | Louisville | KY |
| Yes | Hemp Company | 2231031 | Soft Gel Capsules | oral | 5 | 425 | | CO |
| Yes | Hemp Company | 2231032 | CBD Infused Roller | other | 3 | 110 | Denver | CO |

- A blank cell in this column will return a "missing value" error message, indicating your need for correction.

9. **"State Manufactured"**

The values in this column must be a two-letter, state abbreviation

**Example:**



| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| Brand_Name | SKU | Product_Name | Product_Form | Cannabinoids_per | Cannabinoids per Container | City_Manufactured | State_Manufactured |
| Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible | 5 | 100 | Boulder | CO |
| Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible | 10 | 300 | Bend | OR |
| Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral | 6 | 300 | Oakland | CA |
| Hemp Company | 2231030 | D9 THC Strain Specific Gum | edible | 15 | 450 | Louisville | KY |
| Hemp Company | 2231031 | Soft Gel Capsules | oral | 5 | 425 | Fort Collins | CO |
| Hemp Company | 2231032 | CBD Infused Roller | other | 3 | 110 | Denver | CO |

- Each two-letter state abbreviation is capitalized.



| Brand_Name | SKU | Product_Name | Product_Form | Cannabinoids_per | Cannabinoids per Container | City_Manufactured | State_Manufactured |
|---|---|---|---|---|---|---|---|
| Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible | 5 | 100 | Boulder | CO |
| Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible | 10 | 300 | Bend | Ore |
| Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral | 6 | 300 | Oakland | Cali |
| Hemp Company | 2231030 | D9 THC Strain Specific Gum | edible | 15 | 450 | Louisville | KY |
| Hemp Company | 2231031 | Soft Gel Capsules | oral | 5 | 425 | Fort Collins | Colo |
| Hemp Company | 2231032 | CBD Infused Roller | other | 3 | 110 | Denver | Colorado |

- Providing anything other than a two-letter value will return an error message, indicating your need for correction.

### 10. "Manufacturer Website" (Link)

The link must include "http://" or "https://" in order to be submitted. This may be the website of the registrant, if the registrant is a manufacturer.

**Example:**



- Each cell includes a valid "https://" website.

| Manufacturer |
|---|
| Charlottesweb.com |
| https://www.sun-med.com/contact/ |
| https://www.cornbreadhemp.com/pages/contact |
| https://socialcbd.com/contact-us/ |
| |
| https://medterracbd.com/pages/contact-us |

- Providing a website without "https://", or leaving a cell blank, will return an error message, indicating your need for correction.

### 11. "COA" (Link)

The link must include "http://" or "https://" in order to be submitted. It is the responsibility of the registrant to ensure each product has a corresponding, compliant COA.

If the Manufacture of the Consumable Hemp did not provide a COA, the Registrant must request it from the Manufacturer.

Rev. 12/23

**IOWA**
**HHS**

**Example:**

| J | K |
|---|---|
| Manufacturer | COA |
| https://www.charlottesweb.com/contact-us | https://www.charlottesweb.com/media/certificates/tmp/pdf/21010717310129_-_Calm_Gummy_60ct_BCC_COA_1.pdf |
| https://www.sun-med.com/contact/ | https://getsunmed.force.com/cms/delivery/media/MCB52VSNQ6GRE2BL7VCWQUQVYE5M |
| https://www.cornbreadhemp.com/pages/contact | https://cdn.shopify.com/s/files/1/0612/5456/6068/files/1500MB-05092314.pdf?v=1685474993 |
| https://socialcbd.com/contact-us/ | https://socialcbd.com/content/test-results/L1001.pdf |
| https://resolvecbd.co/contact/ | https://resolvecbd.co/cbd-certificate-of-analysis/ |
| https://medterracbd.com/pages/contact | https://www.dropbox.com/sh/72p8avnpf0ky3cy/AACDMTasg6wGqHJA-JttN6K2a/Capsules/CBD%20Isolate%20Gel%20Caps |

- Each cell includes a valid "https://" website.

| J | K |
|---|---|
| Manufacturer | COA |
| https://www.charlottesweb.com/contact-us | https://www.charlottesweb.com/media/certificates/tmp/pdf/21010717310129_-_Calm_Gummy_60ct_BCC_COA_1.pdf |
| https://www.sun-med.com/contact/ | https://getsunmed.force.com/cms/delivery/media/MCB52VSNQ6GRE2BL7VCWQUQVYE5M |
| https://www.cornbreadhemp.com/pages/contact | https://cdn.shopify.com/s/files/1/0612/5456/6068/files/1500MB-05092314.pdf?v=1685474993 |
| https://socialcbd.com/contact-us | https://socialcbd.com/content/test-results/L1001.pdf |
| https://resolvecbd.co/contact/ | www.resolvecbd.co/cbd-certificate-of-analysis/ |
| https://medterracbd.com/pages/contact | |

- Providing a website without "https://", or leaving a cell blank, will return an error message, indicating your need for correction.

## PRODUCT LIST UPLOAD TROUBLESHOOTING, ERROR MESSAGES, AND HOW TO CORRECT

Each column in your .CSV upload must meet <u>All</u> the requirements. If not, you will return an error message indicating the reason for the rejection. Listed below are the error messages you may receive, what they mean, and how to resolve them. The error messages are in left-to-right order corresponding to columns in the .CSV upload template.

1. **"Active"**
   - "Active. This column requires a value of "yes" or "no". Any value entered other than yes or no will return this error. See our Product List Upload Guide for troubleshooting upload error messages.

2. **"Brand Name"**
   - Brand Name. Missing Value. This column requires data in each cell. Please review your upload for blank cells, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.

3. **SKU**
   - SKU. Missing Value.  The SKU column requires data in each cell. Please review your upload for blank cells, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.

Rev. 12/23



- ○ SKU. Duplicate. There are duplicate SKUs in your upload. Please review your upload file for duplicate SKUs, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.

4.  **"Product Name"**
- ○ Product Name. Missing Value. This column requires data in each cell. Please review your upload for blank cells, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.

5.  **"Product Form"**
- ○ Product Form. This column requires one of the following forms to be entered: "Edible", "Oral", "Topical" or "Other".  Any values entered other than these will create this error. See our Product List Upload Guide for how to fix errors based on the error message provided.

6.  **"Cannabinoids per Serving"**
- ○ Cannabinoids per Serving. This column is restricted to whole numbers only, and represents "milligrams per serving." See our Product List Upload Guide for troubleshooting upload error messages.

7.  **"Cannabinoids per Container"**
- ○ Cannabinoids per Container. This column is restricted to whole numbers only, and represents "total milligrams per Container."  See our Product List Upload Guide for troubleshooting upload error messages.

8.  **"City Manufactured"**
- ○ City Manufactured. Missing Value. This column requires data in each cell. Please review your upload for blank cells, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.

9.  **"State Manufactured"**
- ○ State Manufactured. This column requires a two-letter State abbreviation. Any value entered other than a two-letter State abbreviation will return this error. See our Product List Upload Guide for troubleshooting upload error messages.

10. **"Manufacturer URL"**
- ○ MFR URL. Invalid Link. This column requires a valid website link that begins with http:// or https://. See our Product List Upload Guide for troubleshooting upload error messages."

11. **"COA URL"**

   ○ COA URL. Invalid Link. This column requires a valid website link that begins with http:// or https://. See our Product List Upload Guide for troubleshooting upload error messages."

**Prohibited Products**:

   In Iowa, the following Consumable Hemp products are prohibited:

   ● Those containing a total THC (inclusive of any isomers, derivatives, and analogs, whether naturally occurring or synthesized) greater than 0.3% (dry weight);
   ● Animal or pet products;
   ● Those intended for inhalation (e.g., vape cartridges, cigarettes, cigars, etc.)
   ● Those marketed or intended to cure, treat, mitigate, prevent disease, or affect the structure of the human body (this includes over-the-counter medications);
   ● Bread, cake, pie, or other "cottage food" items made in a person's home kitchen or other residential space;
   ● Manufactured alcoholic beverages, meat or poultry products, or dairy products infused with hemp;
   ● Other food not produced in a licensed food-processing plant;
   ● Those manufactured in other countries or in jurisdictions without an approved USDA hemp plan.

   *Submission of non-compliant product forms is grounds for the pending and/or denial of a registration.*

Rev. 12/23