**STATE OF IOWA DEPARTMENT OF**

# Health AND Human

**SERVICES**

## Consumable Hemp
## Product List Upload Guide

Bureau of Cannabis Regulation
Compliance Division
Phone: 1-877-214-9313
Email: consumable.hemp@idph.iowa.gov

0

Rev. 07/24 V1.1



# Consumable Hemp Product List Upload Guide

## Introduction

On May 17th, Governor Reynolds signed HF 2605 into law which will be in effect July 1st, 2024. This guide is designed to help consumable hemp registrants submit and renew their registration as well as maintain and edit their product lists pursuant to 641 IAC 156. Registrants are required to submit a product list upon the registration of a facility and at renewal of a facility. Registrants are also required to maintain an accurate product list throughout the period of their registration, as well as make any changes in response to a "Pending" notice if a product list is not approved.

## Table of Contents

- Page 2 - Required Consumable Hemp Product List Information
- Page 5 - Manual (one-by-one) Product List Entry
- Page 13 - Product List Upload with an Excel/CSV file and "How-to"
- Page 21 - Product List Upload Troubleshooting, Error Messages, and How to correct
- Page 23 - Prohibited Products

Rev. 07/24 V1.1

**IOWA**
## HHS

### Required consumable Hemp Product list Information (Manual entry or Excel/csv file)

1. **"Active"**

    Upon submission of a registrant's first registration with HHS, all submitted products will be those intended for sale by the Registrant. This can be edited at any time throughout the registration period. A value of "**Yes**" indicates the product is still being manufactured or sold by the registrant. A value of "**NO**" indicates the product is no longer being manufactured or sold by the registrant.

2. **"Brand Name"**

    Pursuant to 641—156.1, this field must indicate the Brand name of the product provided by the Manufacturer. Non-cannabis examples include "Toyota", "Ford," "Coca-Cola," etc. Real world examples of Consumable Hemp Brand Names may include "Charlotte's Web," "Lumi Labs," "CV Sciences," etc.

3. **"SKU"**

    To avoid duplicate products upon updates, registrants must provide an identifier unique to the product (SKU), as provided on the label by the manufacturer. The generally conserved format for SKU is below:

    

    When submitting SKU information for a product, refer to an individual product container, or request this information from the Manufacturer.

4. **"Product Name"**

    This free-text entry represents the specific Product Name as provided by the manufacturer. In the Brand Name examples of "Toyota", "Ford," "Coca-Cola," corresponding Product Names may be "Camry," "F-150," and "Coke Zero," respectively.

    In the Brand Name examples of "Charlotte's Web," "Lumi Labs," "CV Sciences," corresponding Product Names may be:

    - 25MG CBD Oil Capsules
    - D9 THC Strain Specific Gummies
    - CBD Infused Roller

2

**IOWA**
## HHS

Please capitalize each individual word of the Brand Name as provided in the examples and by the Manufacturer, as well as any punctuation.

5. **"Product Form"**

   From the predetermined options, a Registrant must select the most appropriate "Product Form" definition for the product:

   I. **Edible**
      - A product that contains food, or what a reasonable person would determine as having food ingredients
      - Examples include, but are not limited to: gummies, chocolate, drinkable beverages, syrups, etc.

   2. **Oral**
      - These are products that may be ingested orally, but may not be considered edibles or include specific food ingredients
      - Examples include, but are not limited to: unflavored tinctures, unflavored capsules or tablets, unflavored water soluble mixes, etc.

   3. **Topical**
      - This is a product intended to be applied to the skin.
      - Examples include, but are limited to: Lotions, creams, ointment, salves, rollers, etc.

   4. **Other**
      - If a product does not clearly fit into one of the above categories, please select "Other" and complete the rest of the required columns for this product.

6. **"Total THC per Serving"**

   Pursuant to 641—156.1, if THC is contained within, or marketed for the product by the Manufacturer the amount of THC per serving must be provided in milligrams (mg). Consumable hemp products containing more than 4 mg per serving ≥ Delta-9 THC + (0.877 ✕ THCa) total tetrahydrocannabinol (THC) per serving will be prohibited from sale in Iowa on July 1, 2024. Examples of Total THC per Serving may be "2," "2.5," or "4,"  etc. Enter the total THC rounded to the nearest decimal.

   *Note: Products containing "synthetic cannabinoids," including but not limited to Delta-8, Delta-10, THC-P, HHC, THC-O etc., may no longer be sold in Iowa on July 1, 2024. Please refer to the product container for this information, or contact the manufacturer.*

3



7. **"Total THC per Container"**

Pursuant to 641—156.1, a registrant must submit documentation indicating the aggregate amount of all THC per container as provided by the manufacturer. Consumable hemp products containing more than 10 mg per container ≥ Delta-9 THC + (0.877 × THCa) will be prohibited from sale in Iowa on July 1, 2024. Examples of Total THC per Container may be "2," "7.5," or "10,".  Enter the total THC rounded to the nearest decimal.

*Note: Products containing "synthetic cannabinoids," including but not limited to Delta-8, Delta-10, THC-P, HHC, THC-O etc., may no longer be sold in Iowa on July 1, 2024. Please refer to the product container for this information,or contact the manufacturer.*

8. **"City Manufactured"**

The City of the jurisdiction of origin pursuant to 641 IAC 156.3(1)(a). This is a free-text field, and required whether the registrant is a manufacturer or a retailer by 641 IAC 156.2. Please refer to the Manufacturer website for this information, or contact the manufacturer.

9. **"State Manufactured"**

The State of the jurisdiction of origin pursuant to 641 IAC 156.3(1)(a). This is required whether the registrant is a manufacturer or a retailer by 651 IAC 156.2. Please refer to the Manufacturer website for this information, or contact the manufacturer. The values in this column must be a two-letter, state abbreviation

10. **"Manufacturer Website" (Link)**

Pursuant to 641 IAC 156.4(1)(d), a registrant must provide a URL, or website link, that provides the contact information for the Manufacturer, including: Name, Telephone number, and Email address. The link must include "http://" or "https://" in order to be submitted. This may be the website of the registrant, if the registrant is a manufacturer.

11. **"COA" (Link)**

Pursuant to 641 IAC 156.4(1)(f), a Registrant must provide a link to the individual product's Certificate of Analysis (COA) from the product's manufacturer. This COA shall include:

- Information indicating the presence and concentration of THC, including delta-9 tetrahydrocannabinol, tetrahydrocannabinolic acid, cannabidiol, and any other THC for which the product is being marketed
- Information indicating the total delta-9 tetrahydrocannabinol concentration <u>does not exceed 0.3%</u> (inclusive of any isomers, derivatives, and analogs, whether naturally

**IOWA**
## HHS

- occurring or synthesized) on a dry weight basis as calculated pursuant to an official test, as provided by Iowa Code Section 204.8.
- Information indicating the consumable hemp product is from a batch that has been tested for pesticides, residual solvents, metals, harmful pathogens, and toxicants and does not exceed limits pursuant to 641 IAC 156.3(2).
- The certificate of analysis shall not be considered valid and usable for the batch of consumable hemp if its issuance date is greater than one year old.

Please review the detailed requirements for COAs in Administrative Rule (Iowa Administrative Code 641, Chapter 156) prior to submitting your product list, or contact the Manufacturer for additional information. It is the responsibility of the registrant to ensure each product has a corresponding, compliant COA.

If the Manufacture of the Consumable Hemp did not provide a COA, the Registrant must request it from the Manufacturer.

### MANUAL (ONE-BY-ONE) PRODUCT LIST ENTRY "HOW-TO"

After logging in to the Consumable Hemp Registration portal, you can either create or renew an existing registration to build your product list or, update an existing product list. For new facilities or to renew an existing registration click the option indicated below.



Rev. 07/24 V1.1

A facility's product list can be entered during the initial registration of a facility, during the renewal period, or anytime during the duration of the registration period to maintain a current product list.

- For the initial registration or renewal of a facility, complete the Registration Type, Ownership/Business Entity, and Facility information. At the Product List Upload section, select "Manually Enter Products" and click "Manual Entry"

- Select "Add New Product" to bring up the manual entry table



# IOWA
# HHS

- Enter all required information; Brand Name, Product Name, SKU (must be unique), select a product form from the drop down menu, enter Total THC per serving to the nearest decimal, Total THC per container to the nearest decimal, City and State where the product is manufactured, and links to the manufacturer and the certificate of analysis. When all required information is entered, click "Add this Product".

### Register Your Consumable Hemp Establishment



- The information entered in the table is now a part of the product list. To add additional products, select "Add New Product" again to bring up the manual entry table. When the product list is completed, click "Submit Product List". *Non-compliant products (e.g. products exceeding Total THC limits) entered into the manual entry table will not appear in the product list below. A separate email notification will be sent automatically for non-compliant products submitted to your product list.*



Rev. 07/24 V1.1

# IOWA
# HHS

After saving the product list, you will be presented with the following message;

Your products have been successfully added. You should receive a confirmation email shortly.



- Following the manual product list creation and submission process, you'll be presented with the completed product list. Click "Confirm Products".



You have successfully completed the product list creation process. You'll be directed to the Attestation to sign as well as the payment page to submit the registration fee.

The product list will be reviewed. If approved, an approval message will be sent. If any product is not approved, a notice will be sent with the specific reason and instructions on how to proceed.

Rev. 07/24 V1.1



To update an existing product list click the option below on the home page



Select your facility and click "Next". Registrants with more than one facility will have all their active or pending registrations displayed.



- Select "Add or Update Product List" and click "Next"

9

**IOWA**
**HHS**

- Click "Update Product List"



- Select "Manually Enter Products" and Click "Manual Entry"

CH Portal - Manage Products/Update Food License



- Select the box to add a new product.



- The manual entry table will appear in addition to the existing product list below the table. Complete the empty fields to add to your existing product list.

Rev. 07/24 V1.1



- The new products are listed in the table above the existing approved product list. Edits can still be made to new products before submission. Click "Submit Product List".



After saving the product list, you will be presented with the following message;

"Your products have been successfully added. You should receive a confirmation email shortly."

The product list will be reviewed. If approved, an approval message will be sent. <u>If any product is not approved, a notice will be sent with the specific reason and instructions on how to proceed.</u>

Rev. 07/24 V1.1

## PRODUCT LIST UPLOAD WITH AN EXCEL/CSV FILE

The Excel file allows registrants to create their product list at one time and upload it to the portal. The template required for uploading your product list is a pre-formatted Excel file provided by HHS. This can be found on the "Product Upload" page of the Registration Process. Select "Upload an Excel/CSV File of Products" and click on Product List Excel link to download the file.



The blank file will display with preformatted column headers. <u>Do not modify or edit the first row</u>



Each cell for a given product must be populated in accordance with this document.

- Specific error messages that you may receive are provided in this document to give you guidance on corrections.

**IOWA**
**HHS**

PRODUCT LIST COLUMN DESCRIPTIONS AND "HOW-TO"

1. **"Active"**

   Upon submission of a registrant's <u>first</u> registration with HHS, all submitted products will be those intended for sale by the Registrant.

   At renewal, or if a registrant needs to amend or update their product list during their registration's current effective period, you will have the ability to view and download the product list on-file for the registration. Please use the information below when updating your product list:

   - Is the product currently being manufactured or sold by the registrant?
     - Enter a value of "**Yes**" if the product is still being manufactured or sold by the registrant.
   - Upon updates, enter a value of "**No**" if the product is no longer being manufactured or sold by the Registrant.
     - By entering a value of "**No**" for any product, after submission of your product list, those "inactive" products will be archived, and no longer present in your "active" list view.

   **Example:**

   

   - Product indicated "Yes" as "Active." Product will be added or maintained within the Registrant's product list.

   

   - Product indicated "No" as "Active." Product will be removed from Registrant's product list upon upload and submission.

   

   - Not indicating "Yes" or "No" value will return an error message, indicating your need for correction.

13

**IOWA**
**HHS**

2. **"Brand Name"**

This is a free text field. Please capitalize each individual word of the Brand Name as provided in the examples and by the manufacturer, as well as any punctuation.

**Example:**





- Each word is capitalized. If submitting multiple products from the same "Brand Name," it is recommended to copy and paste to ensure accuracy.



- A blank cell in this column will return a "missing value" error message, indicating your need for correction.

3. **"SKU"**

To avoid duplicate products upon updates, registrants must provide an identifier unique to the product (SKU), as provided on the label by the manufacturer. The generally conserved format for SKU is below:



|4

**IOWA**
HHS

When submitting SKU information for a product, refer to an individual product container, or request this information from the Manufacturer.

**Example:**



- The SKU, or similar information specific to the product, can be found on the product container. If no SKU or unique identifier is provided, please contact the manufacturer.



- A blank cell in this column will return a "missing value" error message, indicating your need for correction. .



- Providing the same SKU or unique identifier in multiple column rows will return a "duplicate" error message, indicating your need for correction.

4. **"Product Name"**

Please capitalize each individual word of the Brand Name as provided in the examples and by the Manufacturer, as well as any punctuation.

IOWA
HHS

**Example:**



| A | B | C | D | E |
|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible |
| Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible |
| Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral |
| Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gummies | edible |
| Yes | Hemp Company | 2231031 | Soft Gel Capsules | oral |
| Yes | Hemp Company | 2231032 | CBD Infused Roller | topical |

- Each word is capitalized. Please refer to the product label or manufacturer for the most effective  product name.



| A | B | C | D | E |
|---|---|---|---|---|
| Active | Brand_Name | SKU | Product_Name | Product_Form |
| Yes | Hemp Company | 2231027 | Full Spectrum CBD Gummy | edible |
| Yes | Hemp Company | 2231028 | Full Spectrum D8 Gummy | edible |
| Yes | Hemp Company | 2231029 | 100MG CBD Oil Tincture | oral |
| Yes | Hemp Company | 2231030 | D9 THC Strain Specific Gummies | edible |
| Yes | Hemp Company | 2231031 | | oral |
| Yes | Hemp Company | 2231032 | CBD Infused Roller | topical |

- A blank cell in this column will return a "missing value" error message, indicating your need for correction.

5. **"Product Form"**

From the predetermined options below, a Registrant must enter the most appropriate "Product Form" definition for this product: **Edible, Oral, Topical, or Other**

**Example:**



| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Active | Brand Name | SKU | Product Name | Product Form |
| 2 | YES | Iowa CBD | 2231027 | Sof Gel Capsules | Oral |
| 3 | YES | Iowa CBD | 345CBD | CBD Lotion | Topical |
| 4 | YES | Iowa CBD | 123-THC | D9 Gummies | Edible |

- Each product row has a properly corresponding Product Form.

16

**IOWA**
# HHS

| | A | B | C | D | E | T |
|---|---|---|---|---|---|---|
| 1 | Active | Brand Name | SKU | Product Name | Product Form | T |
| 2 | YES | Iowa CBD | 2231027 | Sof Gel Capsules | Oral | |
| 3 | YES | Iowa CBD | 345CBD | CBD Lotion | ==Lotion== | |
| 4 | YES | Iowa CBD | 123-THC | D9 Gummies | ==Gummy== | |

- Entering any values other than the four, pre-determined Product Forms will return an error message, indicating your need for correction.

6. **"Total THC per Serving"**

Examples of Total THC per Serving may be "2," "3.5," "4"  etc. Entering a number rounded to the nearest decimal.

**Example:**



| D | E | F | |
|---|---|---|---|
| Product Name | Product Form | THC per Serving | THC |
| Sof Gel Capsules | Oral | ==2.5== | |
| CBD Lotion | Lotion | ==0== | |
| D9 Gummies | Gummy | ==4== | |

7. **"Total THC per Container"**

Examples of Total THC per Container may be "0," "5.5," "10"  etc. Enter the THC per container rounded to the nearest decimal.

**Example:**



| Product Name | Product Form | THC per Serving | THC per Container | |
|---|---|---|---|---|
| Sof Gel Capsules | Oral | 2.5 | ==10== | |
| CBD Lotion | Lotion | 0 | ==0== | |
| D9 Gummies | Gummy | 4 | ==8== | |

**IOWA**
**HHS**

8. **"City Manufactured"**

The City of the jurisdiction of origin pursuant to 641 IAC 156.3(1)(a). This is a free-text field, and required whether the registrant is a manufacturer or a retailer by 641 IAC 156.2. Please refer to the Manufacturer website for this information, or contact the manufacturer.

**Example:**



| E | F | G | H |
|---|---|---|---|
| Product Form | THC per Serving | THC per Container | City Manufactured |
| Oral | 2.5 | 10 | Des Moines |
| Lotion | 0 | 0 | Minneapolis |
| Gummy | 4 | 8 | Denver |

- Each word is capitalized. Please refer to the product label or manufacturer for the most effective  product name.



| Product Form | THC per Serving | THC per Container | City Manufactured | S |
|---|---|---|---|---|
| Oral | 2.5 | 10 | Des Moines | |
| Lotion | 0 | 0 | | |
| Gummy | 4 | 8 | Denver | |

- A blank cell in this column will return a "missing value" error message, indicating your need for correction.

9. **"State Manufactured"**

The values in this column must be a two-letter, state abbreviation.

**Example:**



| A | B | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|
| Active | Brand Name | SKU | Product Name | Product Form | THC per Serving | THC per Container | City Manufactured | State Manufactured | |
| YES | Iowa CBD | 2231027 | Sof Gel Capsules | Oral | 2.5 | 10 | Des Moines | IA | |
| YES | Iowa CBD | 345CBD | CBD Lotion | Lotion | 0 | 0 | Minneapolis | MN | |
| YES | Iowa CBD | 123-THC | D9 Gummies | Gummy | 4 | 8 | Denver | CO | |

- Each two-letter state abbreviation is capitalized.



| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Active | Brand Name | SKU | Product Name | Product Form | THC per Serving | THC per Container | City Manufactured | State Manufactured |
| YES | Iowa CBD | 2231027 | Sof Gel Capsules | Oral | 2.5 | 10 | Des Moines | Iowa |
| YES | Iowa CBD | 345CBD | CBD Lotion | Lotion | 0 | 0 | Minneapolis | MN |
| YES | Iowa CBD | 123-THC | D9 Gummies | Gummy | 4 | 8 | Denver | CO |

- Providing anything other than a two-letter value will return an error message, indicating your need for correction.

18

**IOWA**
**HHS**

### 10. "Manufacturer Website" (Link)

The link must include "http://" or "https://" in order to be submitted. This may be the website of the registrant, if the registrant is a manufacturer.

**Example:**



- Each cell includes a valid "https://" website.



- Providing a website without "https://", or leaving a cell blank, will return an error message, indicating your need for correction.

### 11. "COA" (Link)

The link must include "http://" or "https://" in order to be submitted. It is the responsibility of the registrant to ensure each product has a corresponding, compliant COA.

If the Manufacture of the Consumable Hemp did not provide a COA, the Registrant must request it from the Manufacturer.

**Example:**

| Manufacturer | COA | |
|---|---|---|
| https://hhs.iowa.gov/programs/p | https://hhs.iowa.gov/programs/programs-and-services/consumable-h | |
| https://hhs.iowa.gov/programs/p | https://hhs.iowa.gov/programs/programs-and-services/consumable-h | |
| https://hhs.iowa.gov/programs/p | https://hhs.iowa.gov/programs/programs-and-services/consumable-h | |

- Each cell includes a valid "https://" website.



| Manufacturer | COA | |
|---|---|---|
| https://hhs.iowa.gov/prog | https://hhs.iowa.gov/programs/programs-and-services/consun | |
| https://hhs.iowa.gov/prog | https://hhs.iowa.gov/programs/programs-and-services/consun | |
| https://hhs.iowa.gov/prog | | |

- Providing a website without "https://", or leaving a cell blank, will return an error message, indicating your need for correction.

## PRODUCT LIST UPLOAD TROUBLESHOOTING, ERROR MESSAGES, AND HOW TO CORRECT

Each column in your Excel file upload must meet <u>All</u> the requirements. If not, you will return an error message indicating the reason for the rejection. Listed below are the error messages you may receive, what they mean, and how to resolve them. The error messages are in left-to-right order corresponding to columns in the Excel upload template.

1. **"Active"**
   - "Active. This column requires a value of "yes" or "no". Any value entered other than yes or no will return this error. See our Product List Upload Guide for troubleshooting upload error messages.

2. **"Brand Name"**
   - Brand Name. Missing Value. This column requires data in each cell. Please review your upload for blank cells, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.

3. **SKU**
   - SKU. Missing Value.  The SKU column requires data in each cell. Please review your upload for blank cells, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.
   - SKU. Duplicate. There are duplicate SKUs in your upload. Please review your upload file for duplicate SKUs, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.

4. **"Product Name"**
   - Product Name. Missing Value. This column requires data in each cell. Please review your upload for blank cells, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.

5. **"Product Form"**
   - Product Form. This column requires one of the following forms to be entered: "Edible", "Oral", "Topical" or "Other".  Any values entered other than these will create this error.

**IOWA**
**HHS**

    ○  See our Product List Upload Guide for how to fix errors based on the error message provided.

6. **"Total THC per Serving"**
    ○  Total THC per Serving. This column is required. Please enter some valid input. Input is not optional.

7. **"Total THC per Container"**
    ○  Total THC per Container. This column is required. Please enter some valid input. Input is not optional.

8. **"City Manufactured"**
    ○  City Manufactured. Missing Value. This column requires data in each cell. Please review your upload for blank cells, and resubmit your Product List. See our Product List Upload Guide for troubleshooting upload error messages.

9. **"State Manufactured"**
    ○  State Manufactured. This column requires a two-letter State abbreviation. Any value entered other than a two-letter State abbreviation will return this error. See our Product List Upload Guide for troubleshooting upload error messages.

10. **"Manufacturer URL"**
    ○  MFR URL. Invalid Link. This column requires a valid website link that begins with http:// or https://. See our Product List Upload Guide for troubleshooting upload error messages."

11. **"COA URL"**
    ○  COA URL. Invalid Link. This column requires a valid website link that begins with http:// or https://. See our Product List Upload Guide for troubleshooting upload error messages."


**Prohibited Products:**

In Iowa, the following Consumable Hemp products are prohibited:

- Consumable hemp products containing more than 4 mg total tetrahydrocannabinol (THC) per serving and more than 10 mg total THC per container
- Products containing "synthetic cannabinoids," including but not limited to Delta-8, Delta-10, THC-P, HHC, THC-O etc.
- Those containing a total THC greater than 0.3% (dry weight)
- "Flower" or "raw bud" consumable hemp product.
- Animal or pet products;
- Those intended for inhalation (e.g., vape cartridges, cigarettes, cigars, etc.)

21

**IOWA**
HHS

- 
  - Those marketed tor intended to cure, treat, mitigate, prevent disease, or affect the structure of the human body (this includes over-the-counter medications);
  - Bread, cake, pie, or other "cottage food" items made in a person's home kitchen or other residential space;
  - Manufactured alcoholic beverages, meat or poultry products, or dairy products infused with hemp;
  - Other food not produced in a licensed food-processing plant;
  - Those manufactured in other countries or in jurisdictions without an approved USDA hemp plan.

*Submission of non-compliant product forms is grounds for the pending and/or denial of a registration.*

Rev. 07/24 V1.1