**Consumable Hemp Product List Update Submitted - 227440**   Delete   ⤺ Reply All   ⤺ Reply   ➡ Forward

**Message** | Details

From: **consumable.hemp@idph.iowa.gov**  2:35 PM | Jul 9
To: Paige Echele (/lightning/r/0038y00000ALVOoAAP/view), consumable.hemp@idph.iowa.gov (mailto:consumable.hemp@idph.iowa.gov)



Kim Reynolds
GOVERNOR

Adam Gregg
LT. GOVERNOR

Kelly Garcia
DIRECTOR

Hello Paige,

The Product List Update for your Consumable Hemp Establishment has been received and is under review. Please see critical information pertaining to your Registration below:

- **Registration Number:** 227440
- **Registration Owner:** Paige Echele
- **Business Name (DBA):** CLIMBING KITES RETAILER
- **Registration Type:** Consumable Hemp Retailer
- **Facility Address:** 1925 High Street, Des Moines, IA 50309

**Your Product List Update may take up to 30 days to review and Approve.**

If your product list update requires additional information, or contains noncompliant products, you will receive a "Pending" email indicating the specific issues with the update you submitted. After your product list update is reviewed, you will receive an "Approval" email.

Products will be reviewed by the Department using the laws and regulations in effect on the date the products are reviewed. Approval of a specific product does not indicate the product complies with future laws or regulations. It is the responsibility of the registrant to keep apprised of any changes in the laws and regulations and to update product lists according. Updates to laws and regulations will be featured on our website (https://hhs.iowa.gov/programs/programs-and-services/consumable-hemp ).

Thank You,

The Bureau of Cannabis Regulation
Compliance Division
Iowa Department of Health and Human Services
Phone: 1-877-214-9313
Email: consumable.hemp@idph.iowa.gov
Website: http://hhs.iowa.gov/consumable-hemp
Visit our Consumable Hemp FAQ

**Related**

(0) (/lightning/r/EmailMessage/02s8y000009...

(1) (/lightning/r/EmailMessage/02s8y000009...

Paige Echele (/lightni...
Type:   Contact

View All (/lightning/r/EmailMessage/02s8y000009cNKZAA2/related/EmailMe...

**Other Related People (0)**   ℹ

**Related To (1)**

CLIMBING KITES RETAILER (/lightning/r/a0V8...
Registration