## Fw: Consumable Hemp Product List Update Approved - 227439

noreply@salesforce.com <noreply@salesforce.com>
on behalf of
Owen Parker <owen.parker@idph.iowa.gov>
Fri 7/19/2024 11:22 AM

To:Parker, Owen [HHS] <owen.parker@hhs.iowa.gov>

**CAUTION:** This email originated from outside the Department of Health and Human Services. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--------------- Forwarded Message ---------------
From: **consumable.hemp@idph.iowa.gov** <consumable.hemp@idph.iowa.gov>
Date: July 18, 2024 at 10:13 AM
Subject: Consumable Hemp Product List Update Approved - 227439
To: Paige Echele <paige@climbingkites.com>

Wordmark_color_horiz_web_300

Kim Reynolds
GOVERNOR

Adam Gregg
LT. GOVERNOR

Kelly Garcia
DIRECTOR

Hello Paige,

The product list update for the Consumable Hemp Establishment listed below has been Approved:

- **Registration Number:** 227439
- **Registration Owner:** Paige Echele
- **Business Name (DBA):** CLIMBING KITES MANUFACTURER
- **Registration Type:** Consumable Hemp Manufacturer
- **Facility Address:** 1925 High Street, Des Moines, IA 50309

The Consumable Hemp products submitted with this update are now eligible for sale at your Consumable Hemp Establishment, provided your consumable hemp registration is in an "Active" status.

Products will be reviewed by the Department using the laws and regulations in effect on the date the products are reviewed. Approval of a specific product does not indicate the product complies with future laws or regulations. It is the responsibility of the registrant to keep apprised of any changes in the laws and regulations and to update product lists according. Updates to laws and regulations will be featured on our website (https://hhs.iowa.gov/programs/programs-and-services/consumable-hemp ).

Thank You,

The Bureau of Cannabis Regulation
Compliance Division
Iowa Department of Health and Human Services
Phone: 1-877-214-9313
Email: consumable.hemp@idph.iowa.gov
Website: http://hhs.iowa.gov/consumable-hemp
[Visit our Consumable Hemp FAQ](#)