## Fw: Consumable Hemp Non-Compliant Products

noreply@salesforce.com <noreply@salesforce.com>
on behalf of
consumable.hemp@idph.iowa.gov <consumable.hemp@idph.iowa.gov>

Fri 7/19/2024 10:41 AM

To:Parker, Owen [HHS] <owen.parker@hhs.iowa.gov>

📎 1 attachments (4 KB)
Field Day Brewing Company_July 2, 2024_Non-Compliant Product List.csv;

**CAUTION:** This email originated from outside the Department of Health and Human Services. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--------------- Forwarded Message ---------------
From: **consumable.hemp@idph.iowa.gov** <consumable.hemp@idph.iowa.gov>
Date: July 18, 2024 at 7:13 PM
Subject: Consumable Hemp Non-Compliant Products
To: Joe Selix <joe@fielddaybrewing.com>

Wordmark_color_horiz_web_300

Kim Reynolds
GOVERNOR

Adam Gregg
LT. GOVERNOR

Kelly Garcia
DIRECTOR

Hello Joe,

The attached product(s) is/are **NOT** lawfully permitted to be sold in Iowa. This is due to one or more reasons:

- The product(s) contain a total THC level exceeding 4 mg total THC/serving, 10 mg total THC/container, or both. Per Iowa Code 204.2, products exceeding 4 mg total THC/serving and/or 10 mg total THC/container are not consumable hemp products and are Schedule 1 controlled substances under the Iowa Controlled Substances Act (Iowa Code Chapter 124). Possession, sale, or distribution of these products may result in severe criminal or civil penalties; OR
- The product(s) contain one or more synthetic cannabinoids. Synthetic cannabinoids, such as Delta-8 THC, Delta-10 THC, HHC, THC-P, etc. are not permitted under Iowa Code 204.14A.
- The total THC content, including isomers, derivatives, and analogs, exceeds 0.3%. This violates Iowa Code 124.204(7)(b) and cannot be sold in Iowa.

- The product is in a form that is prohibited. See Iowa Code 204.2, 204.14A. This product cannot be sold in Iowa
- The product contains an ingredient not approved for use in food (aminita, kratom, etc.). Products with non-approved ingredients are considered adulterated and cannot be sold in Iowa under 641481 IAC 15631.3.
- The product failed a toxicant limit set by 641 IAC 156.3(2).
- The product submitted does not contain a consumable hemp ingredient and does not fall under Iowa Code 204. This product does not need to be included on the product list.
- This product fails the packaging and labeling requirements set forth in 641 IAC 156.4(1). This includes products intended for individual retail sale.
- This product does not meet the serving requirements established in table 2 of 21 CFR 101.12 (See 641 IAC 156.1.)

These products will automatically be removed from your product list.

If you believe that you made an error on your product list that resulted in this rejection (for example, you typed "44" instead of "4"), please reach out to us at [consumable.hemp@idph.iowa.gov](mailto:consumable.hemp@idph.iowa.gov).


Thank You,

The Bureau of Cannabis Regulation
Compliance Division
Iowa Department of Health and Human Services
Phone: 1-877-214-9313
Email: consumable.hemp@idph.iowa.gov
Website: http://hhs.iowa.gov/consumable-hemp
[Visit our Consumable Hemp FAQ](#)