| Active__c | Brand_Name | SKU__c | Product_Name | Product_Form | Total_THC_Serving | Total_THC_Container | City_Manufacture | State_Manufacture | Manufacturer_URL | COA__c | Non_Compliance | Other_Description__c |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Day Dream | RH88A0 | Classic Raspberry | Edible | 4 | 8 | North Liberty | IA | https://fiel | https://fiel | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |
| Yes | Day Dream | LG88A0 | Classic Lemon | Edible | 4 | 8 | North Liberty | IA | https://fiel | https://fiel | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |
| Yes | Day Dream | SC1010A0 | Fly High Strawberry | Edible | 4 | 10 | North Liberty | IA | https://fiel | https://fiel | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |
| Yes | Day Dream | LG1010A0 | Fly High Lemon | Edible | 4 | 10 | North Liberty | IA | https://fiel | https://fiel | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |
| Yes | Day Dream | RH1010A0 | Fly High Raspberry | Edible | 4 | 10 | North Liberty | IA | https://fiel | https://fiel | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |
| Yes | Day Dream | RH44A0 | Low Key Raspberry | Edible | 4 | 4 | North Liberty | IA | https://fiel | https://fiel | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |
| Yes | Day Dream | O1055A0 | Sunrise | Edible | 4 | 10 | North Liberty | IA | https://fiel | https://fiel | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |
| Yes | Day Dream | SC77A0 | Classic Strawberry | Edible | 3.5 | 7 | North Liberty | IA | https://fiel | https://fiel | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |
| Yes | Day Dream | LG77A0 | Classic Lemon | Edible | 3.5 | 7 | North Liberty | IA | https://fiel | https://fiel | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |
| Yes | Day Dream | RH77A0 | Rasberry H | Edible | 3.5 | 7 | North Liberty | IA | https://fiel | https://ord | Nonconforming Product: Exceeds Serving/Container Maximums Permitted - Exceeds >4 mg total THC per serving and/or >10 mg total THC per container. (See Iowa Code 204.2) | |