IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CLIMBING KITES LLC and FIELD DAY BREWING COMPANY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF IOWA; KELLY GARCIA, in her official capacity as Director of the Iowa Department of Health and Human Services; and THE IOWA DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | Case No. 4:24-cv-202 <br><br><br> **PLAINTIFF'S NOTICE OF DISMISSAL** |

Plaintiffs Climbing Kites LLC and Field Day Brewing Company LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismiss all claims in this matter without prejudice, with each of the parties responsible for their own costs and fees.

Dated August 8, 2024.

Respectfully submitted,

BELIN McCORMICK, P.C.

 */s/ Michael S. Boal*
Michael R. Reck
Christopher J. Jessen
Michael S. Boal
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone: (515) 283-4645
Facsimile:  (515) 558-0645
mrreck@belinmccormick.com
cjessen@belinmccormick.com
msboal@belinmccormick.com
ATTORNEYS FOR PLAINTIFFS

C1617\0001\ (4473156)